

# Fourth Court of Appeals
## San Antonio, Texas

November 27, 2013

No. 04-13-00731-CR

Bryan Keith **CRUM**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B10826
Honorable M. Rex Emerson, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on November 27, 2013.

Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of November, 2013.

Keith E. Hottle, Clerk